IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NEIMAN NIX,<br><br>*Plaintiff,*<br><br>v.<br><br>MAJOR LEAGUE BASEBALL, OFFICE OF THE COMMISSIONER OF BASEBALL; ROBERT D. MANFRED, JR.; MAJOR LEAGUE BASEBALL PLAYER ASSOCIATION, *et al.*,<br><br>*Defendants.* | CIVIL ACTION NO. 4:21-CV-04180 |

### RULE 7.1 DISCLOSURE STATEMENT OF
### DEFENDANTS ESPN, THE ASSOCIATED PRESS AND USA TODAY

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants ESPN Inc. ("ESPN"), The Associated Press (the "AP")[1] and USA Today, a division of Gannett Satellite Information Network, LLC ("USA Today"),[2] make the following disclosures:

The AP has no parent corporation, and no publicly held corporation owns 10 percent or more of the AP.

The Walt Disney Company is a publicly held corporation and parent corporation of ESPN and owns more than 10 percent of its stock.

Hearst Communications is a publicly held corporation and owns more than 10 percent of the stock of ESPN.

BlackRock Inc. is a publicly held corporation and owns more than 10 percent of the stock of Gannett Co., Inc., which is the sole member of Gannett Satellite Information Network, LLC.

---

[1] The name of The Associated Press is misstated in the Complaint.
[2] The name of USA Today is misstated in the Complaint.

Respectfully submitted,

THOMAS & LoCICERO PL

/James B. Lake/
Carol Jean LoCicero, *Admitted pro hac vice*
James B. Lake, *Admitted Pro hac vice*
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
clocicero@tlolawfirm.com
jlake@tlolawfirm.com

and

Laura Lee Prather
State Bar No. 16234200
Southern Bar No. 15442
laura.prather@haynesboone.com
HAYNES AND BOONE, LLP
600 Congress Ave., Ste. 1300
Austin, TX 78701
Telephone: (512) 867-8400
Facsimile: (512) 867-8470

Attorneys for the AP, ESPN, USA Today and Howie Rumberg

CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2022, a true and correct copy of the foregoing instrument was filed with the Clerk's Office using the Court's CM/ECF system for filing and transmittal to all registered counsel of record and registered pro se parties in this matter.

/James B. Lake/
Attorney

2