Case 4:21-cv-04180   Document 76   Filed on 06/13/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 13, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NEIMAN NIX, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-4180 |
| | § | |
| MAJOR LEAGUE BASEBALL, | § | |
| OFFICE OF THE COMMISSIONER OF | § | |
| BASEBALL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

For reasons stated in the accompanying Memorandum and Opinion, this case is dismissed with prejudice. The court deems Nix a vexatious litigant who frequently and repeatedly pursues baseless litigation for harassment. Nix may not file new pleadings, cases, or motions in the Southern District of Texas, all divisions, against the Major League Baseball and Major League Baseball Players Association Defendants,[1] unless he obtains advance permission to do so from the Chief Judge of the Southern District of Texas or her delegee. The court also orders Nix to file a copy of this opinion with any filing that he makes in any other court.

---

[1] Those defendants are Major League Baseball; Major League Baseball Players Association; Zack Britton; MLB Commissioner Robert D. Manfred, Jr.; Tim Maxey; Angels Baseball LP; Athletics Investment Group LLC d/b/a/ Oakland Athletics Baseball Company; Atlanta National League Baseball Club, LLC; AZPB Limited Partnership; Baltimore Orioles Limited Partnership; The baseball Club of Seattle LLLP; Boston Red Sox Baseball Club Limited Partnership; Chicago Cubs Baseball Club, LLC; Chicago White Sox, Ltd.; Cleveland Guardians Baseball Company, LLC; Colorado Rockies Baseball Club, Ltd.; Detroit Tigers, Inc.; Houston Astros, LLC; Kansas City Royals Baseball Club, LLC; Los Angeles Dodgers LLC; Marlins Teamco LLC; Milwaukee Brewers Baseball Club, Limited Partnership; Minnesota Twins, LLC; New York Yankees Partnership; Padres L.P.; Pittsburgh Associates; Rangers Baseball LLC; Rogers Blue Jays Baseball Partnership; San Francisco Giants Baseball Club LLC; St. Louis Cardinals, LLC; Sterling Mets L.P.; Rays Baseball Club, LLC; The Cincinnati Reds LLC; The Phillies; and Washington Nationals Baseball Club, LLC.

The court does not apply this injunctive relief to the Nutrition Company Defendants and the Media Defendants,[2] because neither group has asked the court for such relief. These parties may file a motion for sanctions, if they so choose.

The court denies any request for monetary sanctions and for broader injunctive relief, without prejudice, based on the present record and in light of the outstanding and unpaid sanctions owed in the Northern District of California. If Nix continues to engage in vexatious behavior, the court will consider different sanctions.

                                                               _____
                                                                                                      Lee H. Rosenthal
                                                                         Chief United States District Judge

---

[2] Those defendants are the Associated Press, ESPN, USA Today, Howie Rumberg, Gatorade Company, Cytosport, Inc., NSF International, HVL LLC, LGC Science, and NFI Consumer Products.