UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NEIMAN NIX,<br><br>*Plaintiff*,<br><br>v.<br><br>MAJOR LEAGUE BASEBALL, OFFICE OF THE COMMISSIONER OF BASEBALL; ROBERT D. MANFRED, JR.; MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO. 4:21-CV-04180 |

### DEFENDANTS' JOINT APPLICATION FOR ATTORNEYS' FEES AND DOUBLE COSTS

Defendants[1] file this application for attorneys' fees and double costs pursuant to the order of the United States Court of Appeals for the Fifth Circuit that Defendants "submit evidence of [attorney's] fees," and respectfully show as follows:

---

[1] Defendants include Major League Baseball, Office of the Commissioner of Baseball; Robert D. Manfred, Jr.; Timothy Maxey; Angels Baseball LP; Athletics Investment Group LLC d/b/a Oakland Athletics Baseball Company; Atlanta National League Baseball Club, LLC; AZPB Limited Partnership; Baltimore Orioles Limited Partnership; The Baseball Club of Seattle, LLLP; Boston Red Sox Baseball Club Limited Partnership; Chicago Cubs Baseball Club, LLC; Chicago White Sox, Ltd.; Cleveland Guardians Baseball Company, LLC; Colorado Rockies Baseball Club, Ltd.; Detroit Tigers, Inc.; Houston Astros, LLC; Kansas City Royals Baseball Club, LLC; Los Angeles Dodgers LLC; Marlins Teamco LLC; Milwaukee Brewers Baseball Club, Limited Partnership; Minnesota Twins, LLC; New York Yankees Partnership; Padres L.P.; Pittsburgh Associates; Rangers Baseball LLC; Rogers Blue Jays Baseball Partnership; San Francisco Giants Baseball Club LLC; St. Louis Cardinals, LLC; Sterling Mets L.P.; Rays Baseball Club, LLC; The Cincinnati Reds LLC; The Phillies; and Washington Nationals Baseball Club, LLC; Major League Baseball Players Association; Zackary Grant Antero Britton; The Gatorade Company; CytoSport, Inc.; NSF International; HVL LLC (named in the Complaint as "Klean Athlete"); LGC Science, Inc. (named in the Complaint as "Informed Choice"); NFI Consumer Products; ESPN, Inc; The Associated Press; USA Today; Howie Rumberg.

1. On December 27, 2021, Plaintiff Neiman Nix filed the above-captioned action, which was his seventh frivolous lawsuit against Major League Baseball and related entities and his second lawsuit against Media Defendants, Associated Press, ESPN, and USA Today.

2. On June 13, 2022, this Court dismissed Nix's claims with prejudice, finding that "Nix [is] a vexatious litigant who frequently and repeatedly pursues baseless litigation for harassment." ECF No. 75. This Court further sanctioned Nix from filing "new pleadings, cases, or motions in the Southern District of Texas, all divisions . . . unless he obtains the advance permission to do so from the Chief Judge of the Southern District of Texas or her delegee." ECF No. 76, 78.

3. On July 12, 2022, Nix appealed this Court's order granting dismissal and sanctions. In addition to opposing the appeal, Defendants filed an additional motion for sanctions with the Court of Appeals requesting a circuit-wide injunction preventing Nix from filing any new lawsuit within the Fifth Circuit and seeking attorneys' fees and double costs in responding to the appeal.

4. On March 16, 2023, the United States Court of Appeals for the Fifth Circuit affirmed this Court's dismissal, this Court's sanctions order, and granted Defendants' additional motion for sanctions. The appellate court remanded to determine the amount of monetary sanctions, comprising the attorney's fees and double costs incurred by Defendants in responding to the appeal. Defendants now present this application pursuant to the Court of Appeals order.

5. Defendants incurred $175,340.00 in reasonable and necessary attorneys' fees and $563.16 in double costs in opposing Nix's appeal. *See* Exhibits 1-10, Defendants' Attorney

Declarations. A true and correct summary of the detailed billing statements of each attorneys' fees is included with its respective attorney declarations.

6. Under Rule 38 of the Federal Rules of Appellate Procedure, Defendants are entitled to attorneys' fees "if a court of appeals determines that an appeal is frivolous, it may, after a separately filed motion or notice from the court and reasonable opportunity to respond, award just damages and single or double costs to the appellee."

7. For these reasons, Defendants respectfully request that the Court award Defendants' attorneys' fees and double costs in the amount of $175,903.16.

Dated: April 17, 2023        Respectfully submitted,

*s/ Adriana Riviere-Badell*
Adriana Riviere-Badell
*Attorney-in-charge*
S.D. Tex. No. 3727876
KOBRE & KIM LLP
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
Tel: (305) 967-6117
Fax: (305) 967 - 6120


Sydney Sgambato Johnson (admitted pro hac vice)
KOBRE & KIM LLP
1919 M Street, NW
Washington, D.C. 20036
Tel: (202) 664-1952
Fax: (202) 664 – 1920


James E. Zucker
Grant Martinez
Elizabeth A. Wyman
Texas Bar No. 24054302
S.D. Tex. No. 957831
YETTER COLEMAN LLP
811 Main Street, Suite 4100

*s/ Michael Rubin*
Michael Rubin (admitted pro hac vice)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064

*Attorney for Defendants MLBPA, Zackary Britton*


*s/ Thomas M. Spitaletto*
Thomas M. Spitaletto
Texas Bar No. 00794679
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
901 Main Street, Suite 4800
Dallas, Texas 75202-3758
Tel: (214) 698-8000
Fax: (214) 698-1101

*Attorney for Defendant LGC Science, Inc. (Informed Choice)*

*s/ Patrick M. McCarthy*
Patrick M. McCarthy (admitted pro hac vice)

Houston, Texas 77002
Tel: (713) 632-8000
Fax: (713) 632-8002

*Attorneys for Defendants Major League Baseball, Timothy Maxey, Robert Manfred, and 30 MLB Clubs*

*s/ James B. Lake*
Carol Jean LoCicero (admitted pro hac vice)
James B. Lake (admitted pro hac vice)
THOMAS & LOCICERO PL
601 South Boulevard
Tampa, FL 33606
Tel: (813) 984-3060
Fax: (813) 984-3070

*Attorneys for Defendants Associated Press, ESPN, USA Today, and Howie Rumberg*

*s/ John R. Nelson*
John R. Nelson
Texas Bar No. 00797144
DICKINSON WRIGHT PLLC
607 W. 3rd Street, Ste. 2500
Austin, TX 78701
Tel: (512) 770-4214
Fax: (844) 670-6009

*Attorney for Defendant NFI Consumer Products*

*s/ Ashley Gomez*
Trenton H. Norris (admitted pro hac vice)
Ashley Gomez (pro hac vice pending)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: (415) 471-3303
Fax: (415) 471-3400

*Attorney for Defendant HVL LLC*

HOWARD & HOWARD ATTORNEYS PLLC
450 West 4th Street
Royal Oak, MI 48067
Tel: (248) 723-0332
Fax: (248) 645-1568

Howard L. Close
Texas Bar No. 04406500
Raffi Melkonian
Texas Bar No. 24090587
WRIGHT CLOSE & BARGER, LLP
One Riverway, Ste. 2200
Houston, TX 77056
Tel: (713) 572-4321
Fax: (713) 572-4320

*Attorneys for Defendant NSF International*

*s/ Cullen Pick*
Nancy L. Patterson
Texas Bar No. 15603520
SDTX Bar No. 10221
Cullen Pick
Texas Bar No. 24098260
SDTX Bar No. 3257789
MORGAN LEWIS & BOCKIUS LLP
1000 Louisiana Street, Ste. 4000
Houston, TX 77002
Tel: (713) 890-5000
Fax: (713) 890-5001

*Attorneys for Defendants The Gatorade Company and CytoSport, Inc.*

4

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 17, 2023, true and correct copies of the following documents were served on Plaintiff by email and Fed Ex.

- Defendants' Joint Application for Attorneys' Fees and Double Costs
- Declaration of Adriana Riviere-Badell
- Declaration of Trenton H. Norris
- Declaration of Grant Martinez
- Declaration of James B. Lake
- Declaration of John R. Nelson
- Declaration of Nancy L. Patterson
- Declaration of Michael Rubin
- Declaration of Thomas M. Spitaletto
- Declaration of Raffi Melkonian
- Declaration of Patrick M. McCarthy
- Proposed Order in Support of Joint Application for Attorneys' Fees and Double Costs

The undersigned also certifies that on April 17, 2023, true and correct copies of the documents were electronically filed with the Clerk of Court using the CM/ECF system, which sends notifications of such filing to all counsel of record.

Dated: April 17, 2023
     Miami, Florida

                *s/ Adriana Riviere-Badell*
                Adriana Riviere-Badell