UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NEIMAN NIX,<br><br>  *Plaintiff,*<br><br>v.<br><br>**MAJOR LEAGUE BASEBALL**, *et al.,*<br><br>  *Defendants.* | CIVIL ACTION NO.:<br>4:21-CV-04180 |

### NOTICE OF CHANGE OF ADDRESS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  Defendant HVL LLC, improperly plead as Klean Athlete (Douglas Laboratories), hereby provides notice that Ashley N. Gomez is now with the firm of Hogan Lovells US LLP. Her contact information is:

Ashley N. Gomez
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
ashley.gomez@hoganlovells.com

Dated: June 14, 2023        Respectfully submitted,

                 **HOGAN LOVELLS US LLP**

                 */s/ Trenton H. Norris*
                 Trenton H. Norris
                 Ashley N. Gomez (Admitted *Pro Hac Vice*)
                 4 Embarcadero Center, Suite 3500
                 San Francisco, CA 94111
                 Trent.Norris@hoganlovells.com
                 Ashley.Gomez@hoganlovells.com
                 Telephone: (415) 374-2300
                 Facsimile: (415) 374-2499

                 *Attorneys for Defendant* HVL LLC

## **CERTIFICATE OF SERVICE**

I certify that on June 14, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which sends notifications of such filing to all registered counsel of record.

*/s/ Trenton H. Norris*
Trenton H. Norris
